AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ABU KHAMZA,<br>MIRZOBEK BEKMURATOV,<br>and KAZI HAIDAR ALI<br>*Defendant(s)* | Case No. 1:25-mj-562 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **between January 2023 and May 2025** in the county of **Arlington and elsewhere** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1956(h) and 1956(a)(3)(B) | conspiring to engage in money laundering, and conducting financial transactions to conceal or disguise the nature, location, source, ownership, or control of property represented to be the proceeds of specified unlawful activity |

This criminal complaint is based on these facts:
See Attached Affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Gordon D. Kromberg

*Complainant's signature*
Christina Hagenbaugh, FBI Special Agent
*Printed name and title*

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1, by telephone on this 16th day of September 2025.

Digitally signed by Ivan Davis
Date: 2025.09.16 12:49:00 -04'00'

*Judge's signature*

City and state: Alexandria, Virginia

Ivan D. Davis, United States Magistrate Judge
*Printed name and title*