**Criminal Case Cover Sheet**　　　　　　　**FILED:** REDACTED　　　　　　　**U.S. District Court**

**Place of Offense:**　　　☒ **Under Seal**　　　　　　**Judge Assigned:**

City: Arlington　　　Superseding Indictment:　　　　**Criminal No.**

County:　　　Same Defendant:　　　　New Defendant:

　　　Magistrate Judge Case No. 25mj562　　　**Arraignment Date:**

　　　Search Warrant Case No.　　　R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Abu Khamza　　　Alias(es): Javokhir Norkobilov　　☐ Juvenile　FBI No.

**Address:** Surf Avenue, Brooklyn, New York

Employment:

**Birth Date:** xx/xx/91　　**SSN:** xxx-xx-5844　　**Sex:** Male　　Race:　　Nationality: US

**Place of Birth:** Uzbekistan　　Height:　　Weight:　　Hair:　　Eyes:　　Scars/Tattoos:

☐ **Interpreter**　**Language/Dialect:**　　Auto Description:

**Location/Status:**

**Arrest Date:**　　☐ Already in Federal Custody as of:　　in:

☐ Already in State Custody　　☐ On Pretrial Release　　☐ Not in Custody

☒ Arrest Warrant Requested　　☐ Fugitive　　☐ Summons Requested

☐ Arrest Warrant Pending　　☐ Detention Sought　　☐ Bond

**Defense Counsel Information:**

**Name:**　　☐ Court Appointed　　Counsel Conflicts: none

Address:　　☐ Retained

Phone:　　☐ Public Defender　　☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Gordon D. Kromberg　　**Phone:** 703.299.3700　　Bar No. 33676

**Complainant Agency - Address & Phone No. or Person & Title:**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1956(h) | money laundering conspiracy | 1 | felony |
| Set 2: | | | | |

**Date:**　　　　**AUSA Signature:**　　　　*may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form     Reset Form

**Criminal Case Cover Sheet**                    FILED: REDACTED                    **U.S. District Court**

**Place of Offense:**          ☒ **Under Seal**                          **Judge Assigned:**

City:                          Superseding Indictment:                  **Criminal No.**

County: Arlington              Same Defendant:                          New Defendant:

                               Magistrate Judge Case No.                **Arraignment Date:**

                               Search Warrant Case No.                  R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** MIRZOBEK BEKMURATOV     Alias(es):          ☐ Juvenile  FBI No.

**Address:** xx Cliff Street, #xxx, New York, NY

Employment:

**Birth Date:** xx/xx/1999  **SSN:** xxx-xx-6284  **Sex:** Male  Race:          Nationality: US

**Place of Birth:** Uzbekistan  Height:      Weight:      Hair:      Eyes:      Scars/Tattoos:

☐ **Interpreter**  **Language/Dialect:**          Auto Description:

**Location/Status:**

**Arrest Date:**          ☐ Already in Federal Custody as of:          in:

☐ Already in State Custody     ☐ On Pretrial Release     ☐ Not in Custody

☒ Arrest Warrant Requested     ☐ Fugitive                ☐ Summons Requested

☐ Arrest Warrant Pending       ☐ Detention Sought        ☐ Bond

**Defense Counsel Information:**

**Name:**          ☐ Court Appointed     Counsel Conflicts: none

Address:          ☐ Retained

Phone:            ☐ Public Defender          ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Gordon D. Kromberg          **Phone:** 703.299.3700     Bar No. 33676

**Complainant Agency - Address & Phone No. or Person & Title:**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1956(h) | money laundering conspiracy | 1 | felony |
| Set 2: | | | | |

**Date:**          **AUSA Signature:**                    *may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form          Reset Form

**Criminal Case Cover Sheet**                                      **U.S. District Court**

FILED: REDACTED

**Place of Offense:**          ☒ **Under Seal**                    **Judge Assigned:**

City:                         Superseding Indictment:             **Criminal No.**

County: Arlington             Same Defendant:                     New Defendant:

                              Magistrate Judge Case No.           **Arraignment Date:**

                              Search Warrant Case No.             R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** KAZI HAIDAR ALI    Alias(es):      ☐ Juvenile  FBI No.

**Address:** xx Water Street, #xxxx, New York, NY

Employment:

**Birth Date:** xx/xx/1993  **SSN:** xxx-xx-1192  **Sex:** Male  Race:    Nationality: US

**Place of Birth:** Uzbekistan  Height:    Weight:    Hair:    Eyes:    Scars/Tattoos:

☐ **Interpreter**  **Language/Dialect:**           Auto Description:

**Location/Status:**

**Arrest Date:**         ☐ Already in Federal Custody as of:         in:

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending      ☐ Detention Sought    ☐ Bond

**Defense Counsel Information:**

**Name:**               ☐ Court Appointed   Counsel Conflicts: none

Address:                ☐ Retained

Phone:                  ☐ Public Defender                ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Gordon D. Kromberg    **Phone:** 703.299.3700    Bar No. 33676

**Complainant Agency - Address & Phone No. or Person & Title:**

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18 USC 1956(h) | money laundering conspiracy | 1 | felony |
| Set 2: | | | | |

**Date:**         **AUSA Signature:**                    *may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form          Reset Form